UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
WATERTOWN DIVISION

| | | |
|---|---|---|
| CAROLYN PARKER | ) | Case No. 7:10-cv-01282-TJM -ATB |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MOTION FOR DEFAULT** |
| | ) | |
| SRS & ASSOCIATES, INC. | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Plaintiff hereby moves for default judgment against Defendant SRS & Associates, Inc. whom was served via personal service on November 18, 2010. *See* Exhibit A. Defendant has offered no explanation for their failure to answer the instant complaint. Accordingly, Plaintiff seeks default against Defendant in the amount of Four Thousand Three Hundred Eighty-One dollars and Fifty cents ($4,381.50), representing statutory damages in the amount of One Thousand dollars ($1,000.00), 15 U.S.C. §1692(k)(a)(2)(A), Two Thousand Nine Hundred Fifty-Six dollars and Fifty cents ($2,956.50) in attorney fees and Four Hundred Twenty-Five dollars ($425.00) for court costs.

This sum is supported by the Affidavit of undersigned, attached hereto as Exhibit B.

        This 14th day of January, 2011.

        ATTORNEYS FOR PLAINTIFF
*Carolyn Parker*

        Respectfully submitted,

        s/Dennis R. Kurz
Dennis R. Kurz
NY Bar No. 4570453
***Weisberg & Meyers, LLC***
Attorneys for Plaintiff
300 International Drive, Suite 100
Williamsville
Buffalo, NY 14221
(888) 595-9111 ext. 412
(866) 842-3303 (fax)
dkurz@attorneysforconsumers.com

Filed electronically on this 14th day of January, 2011, with:

United States District Court CM/ECF system

Copy mailed on this 14th day of January, 2011, to:

SRS & Associates, Inc.
1173 East Landis
Building B
Vineland, NJ 08360

s/Tremain Davis
   Tremain Davis