UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

CAROLYN PARKER,

                        Plaintiff,

    v.                                           7:10-CV-1282

SRS & ASSOCIATES, INC.,

                        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

THOMAS J. McAVOY
Senior United States District Judge

## **DECISION and ORDER**

       Pursuant to the Court's prior Decision and Order in this matter, familiarity with which is presumed, the Court granted Plaintiff's motion for default on the issue of liability, but reserved judgment on the issue of damages until the parties had an opportunity to be heard on that issue. Subsequently, Plaintiff filed papers substantiating her claims for damages. Defendant failed to present anything in opposition. Having reviewed the papers and finding them to be proper, the Court hereby GRANTS Plaintiff's motion for default judgment in the amount of $4,381.50. The Clerk of the Court shall enter judgment accordingly and close the file in this matter.

IT IS SO ORDERED.

Dated: June 3, 2011

_/s/ Thomas J. McAvoy_
Thomas J. McAvoy
Senior, U.S. District Judge